# EXHIBIT D

From: Nate Moser <natemoserpi@gmail.com>
Subject: hindu email to me with gmails

To: Me <krowten.a.lortnoc@gmail.com>

---------- Forwarded message ----------
From: **sumit vishnoi** <vishsumit@gmail.com>
Date: Mon, Apr 29, 2013 at 11:21 AM
Subject: IMP
To: Nate Moser <natemoserpi@gmail.com>

Hi Nate,

Here is the link to donwload the outlook file containing the mails from Kauri Gmails.