Cameron M. Hancock (5389)
Ryan B. Frazier (9007)
**KIRTON McCONKIE**
Kirton McConkie Building, Fourth Floor
50 East South Temple
P.O. Box 45120
Salt Lake City, UT 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
chancock@kmclaw.com
rfrazier@kmclaw.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| OCEAN AVENUE LLC, a Wyoming limited liability company, KENN DUNN, an individual, and FRED NINOW, an individual, | **RULE 41 NOTICE OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| v. | Civ. No.:  2:13-cv-00988 - DBP |
| VISALUS INC., a Delaware corporation, NICHOLAS SARNICOLA, an individual, , and BLAKE MALLEN, an individual, NATE MOSER, an individual, PETER SIRAGUSI, an individual, MOSER & ASSOCIATES, a California corporation, and John Does I-XX. | Judge Dustin B. Pead |
| Defendants. | |

---

Pursuant to Rules 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Ocean Avenue, LLC ("Ocean Avenue"), Ken Dunn, and Fred Ninow (collectively, the

4821-8313-9099

"Plaintiffs"), by and through their respective counsel of record, hereby dismisses all of its claims for relief in the Complaint with prejudice, and each party is to bear his/her/its own costs and fees.

DATED this 16th day of June, 2014.

KIRTON McCONKIE

/s/ Ryan B. Frazier
Cameron M. Hancock
Ryan B. Frazier
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2014, the foregoing **RULE 41 NOTICE OF**

**DISMISSAL WITH PREJUDICE** was served on the following by the method indicated below:


| | |
|---|---|
| John Mackay | (  ) U.S. Mail |
| Ray Quinney & Nebeker, P.C. | (  ) Hand Delivered |
| 36 South State Street, Suite 1400 | (  ) Overnight Mail |
| Salt Lake City, Utah, 84111 | (  ) Facsimile |
| jmackay@rqn.com | (X) Efiling/Email |


| | |
|---|---|
| Kevin D. Quigley | (  ) U.S. Mail |
| Brian A. Howe | (  ) Hand Delivered |
| James A. Ryan | (  ) Overnight Mail |
| Quarles & Brady, LLP | (  ) Facsimile |
| One Renaissance Square | (X) Efiling/Email |
| Two North Central Avenue | |
| Phoenix, Arizona, 85004 | |
| Kevin.quigley@quarles.com | |
| Brian.howe@quarles.com | |
| James.ryan@quarles.com | |


/s/ Andrea M. Armstrong
Andrea M. Armstrong

3